1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721
   Telephone:  (559) 237-6000
4
   Attorney for Defendant, ALFONSO ZAMORA
5

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,      )    CASE NO:  08-00298 AWI
9                                 )
              Plaintiff,          )
10                                )    **STIPULATION AND ORDER**
        v.                        )    **TO RESCHEDULE TRIAL**
11                                )
   ALFONSO ZAMORA,                )
12                                )
              Defendant.          )
13 _____)

14       The parties hereto, by and through their respective attorneys, stipulate and

15 agree that the trial scheduled for September 22, 2009, be reset for September 15,

16 2009 in the above-entitled court.

17       This is necessitated by the unavailability of defense counsel due to a prepaid

18 vacation out of the country.

19       The parties also agree that any delay resulting from this continuance shall

20 be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),

21 3161(h)(8)(A) and 3161(h)(8)(B)(I).

22
   DATED:  January 28, 2009         /s/ Kevin P. Rooney
23                                  KEVIN P. ROONEY
                                    Assistant United States Attorney
24                                  **This was agreed to by Mr. Rooney
                                    in person on January 27, 2009**
25
   DATED:  January 29, 2009         /s/ Joan Jacobs Levie
26                                  JOAN JACOBS LEVIE
                                    Attorney for Defendant
27                                  ROSENDO MEDINA MACIEL
                                    **This was agreed to by Ms. Levie
28                                  by telephone on January 29, 2009**

                                    1

| | |
|---|---|
| DATED: January 30, 2009 | /s/ Joel Montanez Murillo<br>JOEL MONTANEZ MURILLO<br>Attorney for Defendant<br>**This was agreed to by Mr. Murillo by telephone on January 30, 2009** |
| DATED: January 28, 2009 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>ALFONSO ZAMORA |

### ORDER

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that trial in this matter currently scheduled for September 22, 2009, be reset for September 15, 2009.

IT IS SO ORDERED.

**Dated:   January 30, 2009**         /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE