ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, ALFONSO ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO:  08-00298 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO RESCHEDULE TRIAL** |
| ALFONSO ZAMORA, | ) | |
| Defendant. | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the trial scheduled for September 22, 2009, be reset for September 15, 2009 in the above-entitled court.

This is necessitated by the unavailability of defense counsel due to a prepaid vacation out of the country.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  January 28, 2009          /s/ Kevin P. Rooney
                                  KEVIN P. ROONEY
                                  Assistant United States Attorney
                                  **This was agreed to by Mr. Rooney in person on January 27, 2009**

DATED:  January 29, 2009          /s/ Joan Jacobs Levie
                                  JOAN JACOBS LEVIE
                                  Attorney for Defendant
                                  ROSENDO MEDINA MACIEL
                                  **This was agreed to by Ms. Levie by telephone on January 29, 2009**

1

DATED: January 30, 2009        /s/ Joel Montanez Murillo
                               JOEL MONTANEZ MURILLO
                               Attorney for Defendant
                               **This was agreed to by Mr. Murillo by telephone on January 30, 2009**

DATED: January 28, 2009        /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               ALFONSO ZAMORA

## ORDER

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that trial in this matter currently scheduled for September 22, 2009, be reset for September 15, 2009.

IT IS SO ORDERED.

**Dated:   January 30, 2009**              /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE