ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, ALFONSO ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO:  08-00298 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| ALFONSO ZAMORA, | ) | |
| Defendant. | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for November 16, 2009, be continued to December 7, 2009 at 9:00 a.m.

This continuance is necessitated, as additional time is needed for further investigation.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: October 8, 2009    /s/ Kevin P. Rooney
                          KEVIN P. ROONEY
                          Assistant United States Attorney
                          **This was agreed to by Mr. Rooney via telephone on October 7, 2009**

DATED:  October 8, 2009   /s/ Roger K. Litman
                          ROGER K. LITMAN
                          Attorney for Defendant
                          ALFONSO ZAMORA

1

## **ORDER**

IT IS SO ORDERED.

**Dated:   October 9, 2009**                             /s/ Anthony W. Ishii
                                                                        CHIEF UNITED STATES DISTRICT JUDGE