ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, ALFONSO ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 08-00298 AWI |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| ALFONSO ZAMORA, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for December 7, 2009, be continued to January 19, 2010 at 9:00 a.m.

This continuance is necessitated by the parties' need to conduct a safety valve interview before Mr. Zamora appears in court for sentencing.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: December 3, 2009         /s/ Kevin P. Rooney
                                KEVIN P. ROONEY
                                Assistant United States Attorney
                                **This was agreed to by Mr. Rooney
                                via telephone on November 30, 2009**

DATED:  December 3, 2009        /s/ Roger K. Litman
                                ROGER K. LITMAN
                                Attorney for Defendant
                                ALFONSO ZAMORA

1

## **ORDER**

IT IS SO ORDERED.

Dated:  **December 3, 2009**           /s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE